JULY 13, 1992

No. A–28 (92–5088). HOLLAND v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

JULY 16, 1992

No. A–32 (O. T. 1992). WETHERELL, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. v. DE GRANDY ET AL. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, granted, and it is ordered that the judgment of the United States District Court for the Northern District of Florida, filed July 2, 1992, in case Nos. 92–40015–WS, 92–40131–WS, and 92–40220–WS, is stayed pending the timely filing of a statement as to jurisdiction. Should such a statement be timely filed, this order is to remain in effect pending this Court's action on the appeal. In the event the judgment is affirmed, or the appeal is dismissed, this order is to terminate automatically. Should jurisdiction be noted or postponed, or should the judgment be summarily vacated or reversed, this order is to remain in effect pending the sending down of the judgment of this Court.